UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CT-3213-BO

| | | |
|---|---|---|
| GREGORY H. JONES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT MCKAY, et al., | ) | |
| Defendants. | ) | |

Gregory H. Jones, is now before the court with a motion for discovery filed on July 16, 2014, which seeks the answer of two questions. D.E. 18. On September 16, 2014, Jones also sought a motion to compel this discovery. D.E. 29. On October 2, 2014, Jones again sought the same discovery. D.E. 33. The purpose of conducting discovery in civil cases is to ensure that litigation proceeds with "the fullest possible knowledge of the issues and facts before trial." Hickman v. Taylor, 329 U.S. 495, 501 (1947); see Twigg v. Norton Co., 894 F.2d 672, 675 (4th Cir. 1990). The motions [D.E. 18, 29, and 33] are ALLOWED, and counsel for defendants have until October 31, 2014, to comply with this order. The discovery shall be considered supplementation to defendants' motion for summary judgment. Likewise, on or before October 31, 2014, counsel for defendants shall file a notice of compliance with this order which includes a demonstration that plaintiff has received the discovery responses. Jones shall thereafter have until November 21, 2014, to supplement his response in opposition to defendants' motion for summary judgment. All other motions remain pending.

SO ORDERED, this the __14__ day of October 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE